UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GRESHAM,

                    Plaintiff,                          Case No. 1:12-cv-276

v.                                                      Honorable Paul L. Maloney

JOHN PRELESNIK et al.,

                    Defendants.
                                                    /

## ORDER DENYING LEAVE
## TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES

In accordance with the memorandum opinion entered this day,

IT IS ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis*

because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

IT IS ALSO ORDERED that within twenty-eight (28) days hereof, Plaintiff shall pay

the $350.00 filing fee to the Clerk of this Court.  Plaintiff's failure to comply with this order will

result in dismissal of this case without prejudice, and assessment of the $350.00 filing fee.

Dated:   July 2, 2012                          /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               Chief United States District Judge