UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GRESHAM,

    Plaintiff,      Case No. 1:12-cv-276

v.             Honorable Paul L. Maloney

JOHN PRELESNIK et al.,

    Defendants.
_____/

## **JUDGMENT**

  In accordance with the Order issued this date,

  **IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated: August 29, 2012      /s/ Paul L. Maloney
                 Paul L. Maloney
                 Chief United States District Judge